FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KING MOUNTAIN TOBACCO COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, and UNITED STATES DEPARTMENT OF TREASURY, <br><br> Defendants. | NO: 1:20-CV-3153-RMP <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiffs' Notice of Voluntary Dismissal, ECF No. 3. Having reviewed the Notice and the record, the Court is fully informed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Notice of Voluntary Dismissal, **ECF No. 3**, is **APPROVED**.

2. Plaintiffs' Complaint is dismissed **without prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1   **IT IS SO ORDERED**. The District Court Clerk is directed to enter this

2   Order, provide copies to counsel, and **close this case**.

3   **DATED** December 3, 2020.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2